# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   SHANDORA M. THOMPSON                                   Case Number: 06-70316
1124 9TH AVE. APT 1F
ROCKFORD, IL  61104                     SSN-xxx-xx-0059

|  |  |
|---|---|
| Case filed on: | 3/9/2006 |
| Plan Confirmed on: | 6/23/2006 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,200.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,800.00 | 1,800.00 | 773.18 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 773.18 | 0.00 |
|  |  |  |  |  |  |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ILLINOIS DEPARTMENT OF REVENUE | 295.02 | 295.02 | 0.00 | 0.00 |
|  | Total Priority | 295.02 | 295.02 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | SHANDORA M. THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | RICE AUTO SALES | 1,154.32 | 1,154.32 | 1,077.47 | 76.88 |
| 016 | VAUGHN'S TV & APPLIANCE | 744.84 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 1,899.16 | 1,154.32 | 1,077.47 | 76.88 |
|  |  |  |  |  |  |
| 003 | ACCOUNT RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 1,666.30 | 1,666.30 | 0.00 | 0.00 |
| 007 | CHECK IT | 246.69 | 246.69 | 0.00 | 0.00 |
| 008 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINOIS STUDENT ASSISTANCE COMM | 1,255.74 | 1,255.74 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 5,100.18 | 5,100.18 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 1,453.01 | 1,453.01 | 0.00 | 0.00 |
| 015 | STATE COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ILLINOIS DEPARTMENT OF REVENUE | 30.00 | 30.00 | 0.00 | 0.00 |
| 018 | CONSOLIDATED PUBLIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 70.22 | 70.22 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT SERVICES | 172.25 | 172.25 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 970.24 | 970.24 | 0.00 | 0.00 |
|  | Total Unsecured | 10,964.63 | 10,964.63 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 15,100.56 | 14,355.72 | 1,992.40 | 76.88 |

| | |
|---|---|
| Total Paid Claimant: | $2,069.28 |
| Trustee Allowance: | $130.72 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008               By  /s/Heather M. Fagan